**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON D. CRANDLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant. | NO. EDCV 09-01412 VBF (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1  Accordingly, IT IS ORDERED THAT:

2

3  1.  Judgment shall be entered dismissing this action with
4  prejudice.

5

6  2.  The Clerk shall serve copies of this Order and the Judgment
7  herein by United States mail on Plaintiff and on counsel for Defendant.

8

9  DATED: December 16, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE